IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02852-GPG

ULISES TESORO,

    Plaintiff,

v.

HANSON, Warden,
LONG, Asst. Warden,
WARD, H.S.A.,
MAX RYDER,
SCOTT, Capt.,
THOMAS, Capt.,
SMITH, Lt.,
DICK, CM II,
DORSEY, Lt.,
MACINTOSH, Capt.,
KAUTZ, Mrs., and
REIEWERT, Dr.,

    Defendants.

---

## MINUTE ORDER

---

ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On November 30, 2017, the Court issued an Order Directing Plaintiff to file, within 30 days, an Amended Complaint on the court-approved Prisoner Complaint form. (ECF No. 7). Plaintiff submitted an Amended Complaint to the Court on December 21, 2017 (ECF No. 9), which is not on the court-approved form (except for page two). Mr. Tesoro will be afforded a final opportunity to file an amended pleading on the court-approved Prisoner Complaint form (with all pages of the form completed) if he wishes to pursue his claims in this action.

    Plaintiff shall file a second amended Prisoner Complaint on the court-approved form within **30 days from the date of this minute order**. Failure to comply may result in dismissal of this action without further notice.

    The Clerk of the Court is directed to mail to Plaintiff a copy of the Prisoner Complaint form.

    The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915 (ECF No. 10) is DENIED as moot. Mr. Tesoro was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on November 29, 2017. (ECF No. 6).

Dated: December 26, 2017

_____